IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Carter, Robert Vincent | Case Number:  04 B 32912 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed:  9/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  December 11, 2008
Confirmed:  October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 28,465.52 | |
| Secured: | | 13,823.80 |
| Unsecured: | | 7,989.63 |
| Priority: | | 1,962.39 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,503.18 |
| Other Funds: | | 486.52 |
| Totals: | 28,465.52 | 28,465.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Nuvell Credit Company LLC | Secured | 13,823.80 | 13,823.80 |
| 3. | Internal Revenue Service | Priority | 1,962.39 | 1,962.39 |
| 4. | Premier Bankcard | Unsecured | 42.41 | 204.15 |
| 5. | Jefferson Capital | Unsecured | 77.38 | 372.49 |
| 6. | Peoples Energy Corp | Unsecured | 61.98 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 31.27 | 150.49 |
| 8. | Nuvell Credit Company LLC | Unsecured | 638.12 | 3,071.62 |
| 9. | Internal Revenue Service | Unsecured | 870.66 | 4,190.88 |
| 10. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 11. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| | | | $ 20,208.01 | $ 26,475.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 239.04 |
| 4% | 40.41 |
| 3% | 61.89 |
| 5.5% | 289.42 |
| 5% | 78.93 |
| 4.8% | 164.19 |
| 5.4% | 591.05 |
| 6.6% | 38.25 |
| | $ 1,503.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Carter, Robert Vincent

Printed: 03/10/09

Case Number:  04 B 32912
Judge:  Goldgar, A. Benjamin
Filed:  9/3/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*